No. 9013. HELEN LINCOLN LIBIN, ET AL., APPELLANTS, *v.* LEONIE HUFFINE, ET AL., RESPONDENTS.

221 Pac. (2d) 458.

Decided August 4, 1950.

*J. E. McKenna, Weymouth D. Symmes,* Lewistown, for appellant.

*Murch & Wuerthner,* Great Falls, *C. W. Buntin,* Lewistown, for respondent.

PER CURIAM.

On motion of respondents, it appearing that notice of appeal was served and filed on April 10, 1950, and that no undertaking on appeal was thereafter given or filed, and there was no waiver thereof, and that no transcript on appeal has been served or filed, and that said appeal has not been perfected,

It is ordered that the attempted appeal be and the same is dismissed.